U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 12 2024

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| NICHOLE L. WILLIAMS, | ) |
| Plaintiff- Appellant, | ) |
| v. | ) CASE NO.   3:24-cv-25 |
| MARKEITH L. MITCHELL, | ) Appeal No. 24-11927-A |
| Defendants - Appellees. | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this _12th_ day of July, 2024.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA